■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA D. SCHIPPER, Appellant. [874 NYS2d 837]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered March 21, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Gorski, JJ.